

**Mt. Hawley Insurance Company**
A Subsidiary of RLI Insurance Company

**General Liability Insurance Application For Security Guard And Detective/Private Investigators**
(Submissions email: securitysubs@rlicorp.com)

10431 Siegen Lane, Suite 101
Baton Rouge, LA 70810
Toll Free: 855-223-5076
Fax: 309-689-1274
www.rlisecurity.com

**General Information**

1. Name: Vision Hospitality Services, Inc.
2. Physical address: 4415 Hollywood Blvd.
3. Mailing address: Same
4. Effective date requested: 3/19/16     Date current coverage expires: 3/19/16
5. Contact Person: Dan Dromershauser     Telephone #: 305-761-0775
   Email address: Dan@VHSFL.com     Fax #:
6. Date established: _____     FEIN #: 45-4783733
   License #: B1400046
7. ☐ Individual  ☐ Partnership  ☐ Joint Venture  ☐ Trust  ☐ Limited Liability Company
   ☒ Organization (Other than Partnership, Joint Venture, or Limited Liability Company)
8. Have you ever operated under another name?  ☐ Yes  ☒ No
   Name of entity: _____
9. Industry experience: 15 yrs
10. Please list any non-security related operations: None
11. Do you subcontract work to others?  ☐ Yes  ☒ No
    a. What operations are subcontracted? _____
    b. What is the payroll for the subcontracted work? _____
    c. Do you require GL or WC certificates from subcontractors?  ☐ Yes  ☐ No
    d. Do the subcontractors carry GL limits equal to or greater than the limits requested on this application?  ☐ Yes  ☐ No
    e. Are you named as an additional insured on all subcontractor policies?  ☐ Yes  ☐ No
    f. If either of the above questions are "No," is your subcontracted payroll included in your total payroll estimate?  ☐ Yes  ☐ No
12. What does your pre-employment screening process include?
    ☒ Criminal Background  ☐ Driving Record  ☐ Drug Screen  ☒ Fingerprint Check  ☐ Polygraph
    ☐ Prior Employment Contacted  ☐ Psychological Test  ☒ Other: license check
13. Do you have a new employee training program?  ☒ Yes  ☐ No
    Please describe: _____
14. Number of employees: 18     Full time: 18     Part time: 0     Armed: 0     Unarmed: 18
    Do you employ any off duty police officers?  ☐ Yes  ☒ No     How many? _____
15. Please describe your gun control program if employees are armed. _____
16. Do you sell products?  ☐ Yes  ☒ No
    a. What type of products do you sell? _____
    b. How are these products distributed? _____
    c. What are the annual gross sales for these products? _____
    d. Do you modify or rebrand any of the products you sell? _____

SGL 200 (09/12)

17. Do you operate a training school for guards that are not your employees?  ☐ Yes ☒ No
18. Do you provide any alarm installation or monitoring service?  ☐ Yes ☒ No
19. Do you enter into a standard contract with clients?  ☒ Yes ☐ No
    Percentage under contract __100__ %
    *Please attach a copy of your standard contract to this application for review.*

## Coverage & Limits Section

20. Limits requested    ☒ $1M/$2M    ☐ $1M/$3M    ☐ $1M/$4M    ☐ $1M/$5M    ☐ Other _____
21. Deductible requested    ☒ $0    ☐ $1,000    ☐ $2,500    ☐ $5,000
22. Do you require any of the below coverages to fulfill client contract requirements?
    *Please note that some of these coverages may require additional premium.*
    ☒ Additional Insured           ☐ Employee Benefits Liability    ☐ Hired/Non-owned Auto
    ☐ Per Project Aggregate        ☐ Primary Wording                ☐ Stop Gap           ☒ Waiver of Subrogation
    Do you have a primary commercial auto policy in force?  ☐ Yes ☐ No
23. Do you require excess/umbrella coverage?  ☐ Yes ☒ No
    If "Yes," what limit is needed? _____
    *If excess/umbrella coverage is required please complete the excess portion of the application.*

## Security Guard Section

24. Estimated annual security guard payroll.    $ __400,000__
25. Do you use canines?  ☐ Yes ☒ No
    Number of canines _____    Are all canines attended by a handler?  ☐ Yes ☐ No
    What breeds are in use? _____
    What services are canines used for?
    ☐ Bomb Detection    ☐ Drug Detection    ☐ Weapon Detection    ☐ Other _____
26. Do you have a written procedure for reporting incidents?  ☒ Yes ☐ No
27. Are security officers provided with any of the following equipment for use in their duties?
    Aerosol chemicals    ☐ Yes ☒ No    Flashlights    ☐ Yes ☒ No    Handcuffs    ☐ Yes ☒ No
    Night Stick – PR24 or ASP    ☐ Yes ☒ No                Night Stick – Standard    ☐ Yes ☒ No
28. Do you use mobile equipment such as, but not limited to, golf carts?  ☐ Yes ☒ No
29. Please provide percentage breakdown for all security guard and armored car operations below. Some operations may require further explanation.

| Operations | % Armed | % Unarmed | Operations | % Armed | % Unarmed |
|---|---|---|---|---|---|
| Airports |  % |  % | Hotels/Motels |  % | 100 % |
| Apartments – Low Income/HUD Housing |  % |  % | Industrial/Warehouses/Factories |  % |  % |
| Apartments – Mid/High Income Housing |  % |  % | Liquor Stores |  % |  % |
| Armored Cars |  % |  % | Movie Theaters |  % |  % |
| Auto Dealerships |  % |  % | Museums/Galleries |  % |  % |
| Banks |  % |  % | Parking Garages |  % |  % |
| Bars/Nightclubs/Taverns |  % |  % | Residential – Condos/Townhomes |  % |  % |
| Bodyguard/Executive Protection |  % |  % | Residential – HOA/Gated Community |  % |  % |
| Bus/Train Terminals |  % |  % | Restaurants |  % |  % |
| Casinos |  % |  % | Retail Stores – Inside/Surveillance |  % |  % |
| Churches |  % |  % | Retail Stores – Outside/Parking Lots |  % |  % |

| | | | | | |
|---|---|---|---|---|---|
| Colleges/Universities | % | % | Shipping Ports/Piers/Marinas | % | % |
| Concerts | % | % | Special Events/Sporting Events | % | % |
| Construction Sites | % | % | Strike Duty | % | % |
| Convenience Stores | % | % | Traffic Control | % | % |
| Convention/Trade Shows | % | % | Trucking Terminals | % | % |
| Fast Food Restaurants | % | % | Utilities – Water/Electrical/Nuclear | % | % |
| Golf Clubs | % | % | Water Authorities/Reservoirs | % | % |
| Government Contracts | % | % | Other | % | % |
| High School or Lower Grades | % | % | Please describe: | | |
| Hospitals/Medical Facilities | % | % | | | |

### Detective/PI Section

30. Estimated annual Detective/Private Investigator Payroll.  $_____
31. Do your final reports include recommendations or an appropriate course of action?  ☐ Yes  ☐ No
32. If involved in background/credit checks, are all employees trained in fair credit reporting act compliance?  ☐ Yes  ☐ No
33. Does your firm have procedures in place to protect against clerical errors?  ☐ Yes  ☐ No
34. Does your firm attach standard disclaimers to all completed reports?  ☐ Yes  ☐ No
35. Please provide percentage breakdown for all detective and private investigator operations below. Some operations may require further explanation.

| Operations | % Armed | % Unarmed | Operations | % Armed | % Unarmed |
|---|---|---|---|---|---|
| Arson Investigation | % | % | Legal | % | % |
| Auto Repossessions | % | % | Missing Person Searches | % | % |
| Bail Bonding | % | % | Polygraph/Lie Detection | % | % |
| Bounty Hunting | % | % | Pre-Employment Screening/Credit Checks | % | % |
| Civil/Criminal Investigation | % | % | Process Serving | % | % |
| Computer Investigations | % | % | Psychological Evaluation | % | % |
| Corporate/Trademark Infringement | % | % | Security Consulting | % | % |
| Domestic | % | % | Undercover | % | % |
| Drug Testing | % | % | Other | % | % |
| Fraud Auditing | % | % | Please describe: | | |
| Insurance Investigation | % | % | | | |

### Policy Information

36. Please provide prior year policy information below.
    **Please attach five (5) years of currently valued loss history.**

| Category | Current Year | First Prior | Second Prior | Third Prior | Fourth Prior |
|---|---|---|---|---|---|
| Carrier | Zurich | Zurich | Zurich | | |
| Premium | 10,276 | 9,452 | 4,965 | | |
| Payroll | | | | | |
| Deductible | | | | | |
| Incurred Losses | | | | | |

37. Have any claims been made over the last five (5) years?  ☐ Yes  ☒ No
38. Do you have any knowledge of incidents that could lead to a claim in the future?  ☐ Yes  ☒ No
    If "Yes," please explain. _____

39. Has your insurance been cancelled, declined or non-renewed in the last three (3) years?   ☐ Yes  ☒ No
    If "Yes," please explain. _____
40. Total number of clients. _____
41. Please list your six (6) largest clients:

    _____      _____
    _____      _____
    _____      _____

### Additional Operations Information

Some operations indicated earlier need additional explanation. If you are involved in any of the below listed operations, please provide additional details.

#### Airports
Please provide a list of any airports where you provide services.

_____      _____

| | Yes | No |
|---|---|---|
| Do you provide assistance to passengers with disabilities? | ☐ | ☐ |
| Do you provide passenger or personnel screening? | ☐ | ☐ |
| Do you provide baggage screening services? | ☐ | ☐ |
| Do you provide screening of cargo or take custody of any cargo? | ☐ | ☐ |

#### Shipping Ports/Piers/Marinas
Please provide a list of any shipping ports, piers or marinas where you provide services.

_____      _____

| | Yes | No |
|---|---|---|
| Do you provide assistance to passengers with disabilities? | ☐ | ☐ |
| Do you provide passenger or personnel screening? | ☐ | ☐ |
| Do you provide baggage screening services? | ☐ | ☐ |
| Do you provide screening of cargo or take custody of any cargo? | ☐ | ☐ |

#### Executive Protection/Bodyguarding
Do you provide security for any public figures such as celebrities, athletes, entertainers or politicians?  ☐ Yes  ☐ No
If "Yes," please describe for who and what services are provided. _____

#### Special Events
If you provide services at any special events including but not limited to sporting events, concerts, conventions, trade shows, parties and/or weddings, please list the events below.

_____      _____

Do you security check the public entering the event?   ☐ Yes  ☐ No
Do security officers have arrest or detention authority?   ☐ Yes  ☐ No
What is the maximum number of people attending the events where you provide security?   _____
Are you responsible for crowd control?   ☐ Yes  ☐ No

#### Low Income Housing (including HUD and/or other Government Subsidized Housing)
If your company is involved in providing security services at **low income/HUD housing projects,** please provide the following for each location.

Name of building   _____      _____
Address            _____      _____
Post orders        _____      _____
Contract           _____      _____

**Schools & Colleges**
Please provide a list of any schools or colleges where you provide security services.

_____    _____
_____

| | |
|---|---|
| Do you physically check students entering buildings? | ☐ Yes ☐ No |
| Do you have any work at dormitories or student housing? | ☐ Yes ☐ No |
| Do security officers have arrest or detention authority? | ☐ Yes ☐ No |
| Do security officers working at these locations receive site specific pre-screening and training? | ☐ Yes ☐ No |

**Fraud Warnings**
Warning – Any person who knowingly, and with intent to defraud any insurance company or other person, files an application for insurance containing any false information, or conceals for purposes or misleading information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime.

**Arkansas** – Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Colorado** – It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable for insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**District of Columbia** – WARNING: It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant. [DC Code]

**Florida** – Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Kentucky** – Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Louisiana** – Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Maine** – It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or denial of insurance benefits.

**Maryland** – Any person who knowingly and willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly and willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**New Jersey** – Any person who includes any false or misleading information on an application for an insurance policy is subject to criminal and civil penalties.

**New Mexico** – Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York** – ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME, AND SHALL ALSO BE SUBJECT TO A CIVIL PENALTY NOT TO EXCEED FIVE THOUSAND DOLLARS AND THE STATED VALUE OF THE CLAIM FOR EACH SUCH VIOLATION.

**Ohio** – Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma** – WARNING: Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Pennsylvania** – Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Rhode Island** – Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a of a crime and may be subject to fines and confinement in prison.

**Tennessee** – It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Virginia** – It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Washington** – It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**West Virginia** – Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Signature Section**

Notice to applicants: this application must be completed in full as the quote will be based solely on the information provided. Any person who knowingly and with intent to defraud any insurance company or other person, files an application for insurance containing any false information, or conceals for the purpose of misleading information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime. By signing this application, the signer warrants that to their best knowledge all information given is true and accurate.

X _____     _____
Principal, Owner or Officer Signature              Title

_____     _____
Principal, Owner or Officer Printed Name           Date