# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

MT. HAWLEY INSURANCE COMPANY,
an Illinois Corporation,

      Petitioner,                      CASE NO.:   1:18-cv-21013-JEM

vs.

ARTHUR DEAKIN, an individual, ELAN
AZRAD, an individual, FRANKLIN
BALMACEDA, an individual, CHRISTIAN
OQUENDO, an individual, CHEBAB OMAR, an
individual, SEAN LEE, an individual, JOE
CONDE, an individual, ALAN COSTA, an
individual, 1220 MANAGEMENT GROUP, LLC
d/b/a BODEGA TAQUERIA Y TEQUILA, a
Florida Limited Liability Company, VISION
HOSPITALITY SERVICES, INC., a Florida
Corporation, KMJG HOLDINGS, LLC, a Florida
Limited Liability Company, MENIN HOTELS,
LLC d/b/a MENIN HOSPITALITY, LLC, a Florida
Limited Liability Company,

      Respondents.

_____/

## AFFIDAVIT OF CORPORATE REPRESENTATIVE, JESSICA DIXON

STATE OF GEORGIA     )
                    ) SS:
COUNTY OF FULTON    )

      BEFORE ME, personally appeared Jessica Dixon, who after first being duly sworn, states

as follows:

    1.      I am over the age of 18 years and otherwise *sui juris*.

    2.      I have personal knowledge of the facts and information contained in this

Affidavit.



**EXHIBIT**

F

3.      I am employed as a Casualty Senior Underwriter with Mt. Hawley Insurance Company ("Mt. Hawley"). My duties include underwriting insurance policies for Mt. Hawley, including underwriting the commercial general liability policy that Mt. Hawley issued to Vision Hospitality Services, Inc.

4.      Mt. Hawley issues specific commercial general liability policies for companies that provide security guard and detective/private investigator services. However, Mt. Hawley does not issue commercial general liability policies to companies that provide security guard and detective/private investigator services at places involving bars, taverns, lounges, gentlemen's clubs or nightclubs.

5.      Mt. Hawley issued a Commercial General Liability Insurance Policy, bearing Policy Number PGA0002171 to Vision Hospitality Services, Inc. ("VISION"), with an effective policy period of March 19, 2016 through March 19, 2017 (the "Policy"). A certified copy of the Policy is attached to Mt. Hawley's Motion for Summary Judgment as Exhibit "A."

6.      MT. HAWLEY agreed to insure VISION against certain liabilities as contemplated by the terms of the Policy in exchange for and in consideration of premium payments.

7.      The Policy was issued, in part, based on the information contained within the General Liability Insurance Application for Security Guard and Detective/Private Investigators (the "Application") completed by VISION. A true and correct copy of the Application is attached to Mt. Hawley's Motion for Summary Judgment as Exhibit "E."

8.      Mt. Hawley issued the Policy, in part, based on VISIONS' representation in the Application that "100%" of its security guard operations were for "Hotels/Motels."

9.      The Application contains a line item for "Bars/Nightclubs/Taverns" that VISION left blank.

10.     When it issued the Policy, Mt. Hawley relied on VISIONS' representations in the Application that its security guard services were not for operations involving "Bars/Nightclubs/Taverns."

11.     Mt. Hawley was unaware that VISION engaged in security guard services for operations involving "Bars/Nightclubs/Taverns" when it issued the Policy.

12.     MT. HAWLEY would not have issued the Policy if VISION accurately and/or truthfully disclosed that VISION would be providing security services for operations involving "Bars/Nightclubs/Taverns."

13.     The Application attached to Mt. Hawley' Motion for Summary Judgment as Exhibit E was made at or near the time of the events described therein, and has not been altered in any way.

14.     The Application attached to Mt. Hawley's Motion for Summary Judgment was received at or near the time reflected thereon; was kept in the course of regularly conducted business activity; and was received in the course of regularly conducted business activity.

FURTHER AFFIANT SAYETH NOT.

_Jessica E Dixon_
AFFIANT, JESSICA DIXON
Senior Underwriting for MT. HAWLEY
INSURANCE CORPORATION

SUBSCRIBED AND SWORN to, before me, this __14th__ day of __January__, 2019,

who produced __Drivers License__ as identification, or is personally known to me.

_Samantha N Moulder_
NOTARY PUBLIC, STATE OF GEORGIA

My commission expires: __June 16, 2020__

